IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHERI LYNN WEST,

        Plaintiff,

vs.

FRANK BISIGNANO, Commissioner
of Social Security,

        Defendant.

8:25-CV-682

ORDER

IT IS ORDERED:

1.  The defendant's motion to remand (filing 15) is granted.

2.  The plaintiff's motion for an order reversing the commissioner's decision (filing 11) is denied as moot.

3.  This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4.  A separate judgment will be entered.

Dated this 17th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge