IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHERI LYNNE WEST,

                    Plaintiff,                                          8:25-CV-682

vs.
                                                                        ORDER
FRANK BISIGNANO, Commissioner
of Social Security,

                    Defendant.

This matter is before the Court upon the plaintiff's motion for award of attorney fees pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 19), seeking an award of fees and costs in the amount of $8,980.00, which represents 35 hours of work at a rate of $245 per hour and a $405 filing fee. Filing 19-1. The motion is unopposed. *See* filing 21.

The Court has determined that the plaintiff was the prevailing party in this action, as the Commissioner's decision was remanded to the Commissioner for further proceedings because the administrative law judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan,* 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of costs and attorney fees.

IT IS ORDERED:

1.    The plaintiff's Motion for Award of Attorney Fees Pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 19) is granted.

2.    By separate document, the Court shall enter judgment for
the plaintiff and against the defendant providing that the
plaintiff is awarded attorney fees of $8,575.00 and costs of
$405, for a total award of $8,980.00.

Dated this 12th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge