IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHERI LYNNE WEST,

           Plaintiff,

vs.

FRANK BISIGNANO, Commissioner
of Social Security,

           Defendant.

8:25-CV-682


JUDGMENT

Pursuant to the order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and costs totaling $8,980.00.

Dated this 12th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge